COLUMBUS BAR ASSOCIATION *v.* CONNORS.

[Cite as Columbus Bar Assn. *v.* Connors (1990), 50 Ohio St. 3d 113.]

(No. 89-355—Submitted February 7, 1990—Decided April 11, 1990.)

reviewed the record, we agree with the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby placed on a one-year suspension, but the suspension will be suspended on the condition that respondent satisfactorily serve a two-year monitored probation period. Costs taxed to respondent.

*Judgment accordingly.*

*Thomas M. Tyack,* for relator.
*Charles W. Kettlewell,* for respondent.

*Per Curiam.* Having thoroughly

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.